No. 02–5183. ALEVRAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–5184. BROWN v. FINZEL ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–5186. KOK v. COACHELLA VALLEY UNIFIED SCHOOL DISTRICT. C. A. 9th Cir. Certiorari denied.

No. 02–5187. JENKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5188. SMITH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–5189. WILLIAMS v. BENNING, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5190. MERCEDES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5191. MONTES-ESPARZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5192. HAMMOND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5193. HINES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5194. HOWARD v. CHICAGO TRANSIT AUTHORITY. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–5195. HUTCHERSON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–5196. HAWKER v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5197. HOUSTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5198. HARDY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.